A.S., In Interest of .......................... 16–1984    02/22/2017    Affirmed
B.B., In Interest of .......................... 16–2002    02/22/2017    Affirmed
J.W., In Interest of .......................... 16–2060    02/22/2017    Affirmed
R.R., In Interest of .......................... 16–2124    02/22/2017    Affirmed
T.K., In Interest of .......................... 16–2186    02/22/2017    Affirmed